Fay Weiner, Appellant, v. Richard M. Kjelstad, Appellee.

Gen. No. 42,106.

Heard in third division, first district, this court at April term, 1942; opinion filed May 27, 1942; rehearing denied June 12, 1942. Root & Miller, for appellant; Saul J. Moss, of counsel; Braun & Brodie, for appellee; William E. Corrigan and H. J. Blake, of counsel. Opinion by PRESIDING JUSTICE BURKE. ''Not to be published in full.''